UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

    Petitioner,

-against-

PEOPLE OF THE STATE OF NEW YORK,

    Respondent.

24-CV-7110 (AT)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 22, 2024, Respondent filed a letter motion requesting an extension to file an answer, motion, or other response to the issues of 1) whether Petitioner's claims are exhausted; and 2) Petitioner's request for a temporary restraining order. (*See* ECF 12.).

Petitioner shall file a response opposing the extension, if any, on the docket no later than 12 p.m. on Friday October 25, 2024.

DATED:    October 23, 2024
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge