UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

    Petitioner,

-against-

PEOPLE OF THE STATE OF NEW YORK,

    Respondent.

24-CV-7110 (AT)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an ex parte communication from Karol Remiszewski on behalf of Petitioner, attached as Exhibit A to this Order. The letter states that Petitioner is currently incarcerated at Rikers Correctional Facility and is unable to correspond due to her current circumstances. Mr. Remiszewski requests that the Court schedule an emergency hearing to have Petitioner produced before the Court. Mr. Remiszewski has not filed a notice of appearance on the docket and does not represent Plaintiff in this action.

    Petitioner may proceed pro se in this matter, but she may not choose someone to represent her who is not an attorney licensed to practice law in the Southern District of New York. If Mr. Remiszewski is a qualified attorney who will be representing Petitioner, he should promptly file a notice of appearance on the docket. Until and unless Mr. Remiszewski files a notice of appearance, the Court may not communicate with him about Petitioner. And if he does file such a notice, he is reminded that all communications with the Court must be filed on the docket.

    The NYC Department of Correction Inmate Lookup Service indicates that Petitioner is incarcerated and housed at the Rose M. Singer Center. If Petitioner intends

to proceed pro se, she is directed to mail any letter requests concerning her Petition to the below address:

> Pro Se Intake Unit
> 500 Pearl Street, Room 205
> New York, NY 10007

DATED:   November 12, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge