UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGDALENA TRZUSKOT,<br><br>　　　　　Petitioner,<br><br>　-against-<br><br>PEOPLE OF THE STATE OF NEW YORK,<br><br>　　　　　Respondent. | 24-CV-7110 (AT)(RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On November 12, 2024 the Court received an ex parte communication from Karol Remiszewski on behalf of Petitioner, attached as Exhibit A to this Order. This is the second letter the Court has received from Mr. Remiszewski. The letter states that Petitioner attempted to reach the court clerk on November 12, 2024 via phone, but was unable to connect. Mr. Remiszewski requests that the Court schedule an emergency hearing to have Petitioner produced before her release date on December 12, 2024.

　　As previously stated in my November 12, 2024 Order (ECF 15), until and unless Mr. Remiszewski files a notice of appearance, the Court may not communicate with him about Petitioner. If Petitioner intends to proceed pro se, she is directed to mail any letter requests concerning her Petition to the below address:

　　　　　　　　　　Pro Se Intake Unit
　　　　　　　　500 Pearl Street, Room 205
　　　　　　　　　　New York, NY 10007

Petitioner is reminded that all communications with the Court must be filed on the docket.

DATED:　　November 13, 2024
　　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge