UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

    Petitioner,

-against-                             24-CV-7110 (AT)(RFT)

PEOPLE OF THE STATE OF NEW YORK,

    Respondent.                          **ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an ex parte communication from Petitioner, attached as Exhibit A to this Order. Petitioner is instructed to file all letters on the public docket.

    Petitioner is reminded that any documents she wishes to file on the docket must be attached to an email in PDF format, no larger than 15 megabytes and sent to ProSe@nysd.uscourts.gov. If Plaintiff has any questions, she is directed to contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 a.m.-5:00 p.m., Monday-Friday (except federal holidays). If Petitioner is unable to submit her filings electronically, she is directed to mail any letter requests or filings concerning her Petition to the below address:

                Pro Se Intake Unit
            500 Pearl Street, Room 205
              New York, NY 10007

DATED:    December 6, 2024
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge