UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

    Petitioner,

-against-

PEOPLE OF THE STATE OF NEW YORK,

    Respondent.

24-CV-7110 (AT)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an ex parte communication from Petitioner, attached as Exhibit A to this Order, which appears to be a submission in response to the Respondent's December 6, 2024 submission (ECF 19). Respondent may file a reply, if any, by December 16, 2024.

Petitioner is reminded that all filings must be submitted on the public docket. Any document Petitioner wishes to file on the docket must be attached to an email in PDF format, no larger than 15 megabytes and sent to ProSe@nysd.uscourts.gov. If Plaintiff has any questions, she is directed to contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 a.m.-5:00 p.m., Monday-Friday (except federal holidays). If Petitioner is unable to submit her filings electronically, she is directed to mail any letter requests or filings concerning her Petition to the below address:

    Pro Se Intake Unit
    500 Pearl Street, Room 205
    New York, NY 10007

DATED:    December 9, 2024
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge