UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

                Petitioner,

  -against-

THE STATE OF NEW YORK,

                Respondent.

24-CV-7110 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 19, 2024, pro se Petitioner Magdalena Trzuskot filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). (ECF 1.) That same day Judge Analisa Torres referred this matter to me for a report and recommendation on the Petition. (ECF 7, Order of Ref.)

On December 6, 2024, Respondent State of New York filed a response opposing the Petition. (ECF 20.) On December 12, 2024, Petitioner filed a reply in further support of the Petition (the "Reply"). (ECF 24.) In her Reply, Petitioner provides copies of two emails that Petitioner explains are relevant to whether she has exhausted her state remedies. (*Id.* ¶ 7.) The copy of Petitioner's email, dated December 9, 2024, contains three email attachments titled: (1) "Complete Criminal Appendix Record on Appeal in PDF – A and Bookmarked"; (2) "Updated August 30 2024 Criminal Brief Final  bookmarked archivable"; and (3) "Criminal Brief-17-67." (*Id.* at 10.) The second and third email attachments have been filed on the docket at ECF 24-1 and 24-2, however, the Court has not received a copy of the first attachment: "Complete Criminal Appendix Record on Appeal in PDF – A and Bookmarked" ("Reply Appendix").

If Petitioner wishes for the Court to consider the Reply Appendix, Petitioner shall file a copy of the Reply Appendix on the docket by **September 19, 2025**. Plaintiff may send a copy to the Court's Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). Petitioner is advised that that if she wishes to email a copy of the Reply Appendix, she may wish to split the Reply Appendix into multiple files, to avoid attaching a large file that would make her email undeliverable.

DATED: August 28, 2025
      New York, NY

Respectfully Submitted,

ROBYN F. TARNOFSKY
United States Magistrate Judge