UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

                Petitioner,

-against-

THE STATE OF NEW YORK,

                Respondent.

24-CV-7110 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an undocketed communication from pro se Petitioner, which is attached as Exhibit A to this Order.

    On August 28, 2025, I instructed Petitioner that if she wishes for the Court to consider her Reply Appendix, she must submit a copy to the Court's Pro Se Intake Unit by September 19, 2025, by email, mail, or hand delivery. (ECF 26, Order at 2.) I advised Petitioner that if she wishes to email a copy of the Appendix, she may wish to split the file into multiple files to avoid attaching a large file that would make her email undeliverable. (*Id.*)

    On September 27, 2025, Petitioner emailed my chambers, the chambers of Judge Analisa Torres, and counsel for Respondent. (Ex. A.) In her email, Petitioner acknowledged that her communication came after the deadline specified in my order (ECF 26). She explains that she emailed the Reply Appendix to the Pro Se Intake Unit on December 11, 2024 and submitted the Reply Appendix again on September 27, 2025, adding that the file she submitted is "57.9 MB" in size. (*Id.*) There is no attachment to Petitioner's email. (*Id.*) I have contacted the Office

of the Clerk of Court and have been informed that there are no filings recently received from Petitioner.

I am sua sponte extending Petitioner's deadline to submit her Reply Appendix retroactively, until **October 8, 2025**. There will be no further extensions of her deadline to submit her Reply Appendix. She may send a copy of the Reply Appendix to the Court's Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). Petitioner appears to be using Gmail to submit her Reply Appendix. According to Google's website, under a tab titled "Attachment size limit," one can find instructions that

> You can send up to 25 MB in attachments. If you have more than one attachment, they can't add up to more than 25 MB.
>
> If your file is greater than 25 MB, Gmail automatically adds a Google Drive link in the email instead of including it as an attachment.

(https://support.google.com/mail/answer/6584?hl=en&co=GENIE.Platform%3DDesktop#zippy=%2Cattachment-size-limit.) Accordingly, if Petitioner wishes to email a copy of the Reply Appendix, she may wish to split the Reply Appendix into multiple files, each smaller than 25 MB, to avoiding attaching a file that is too large to add as an attachment to a Gmail email.

DATED: September 30, 2025
New York, NY

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge