UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

                        Petitioner,

  -against-

THE STATE OF NEW YORK,

                        Respondent.

24-CV-7110 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from pro se Petitioner, which is attached as Exhibit A to this order.

On October 23, 2025, Plaintiff submitted an email (Ex. A), forwarding an earlier October 1, 2025 email, to demonstrate that she complied with the deadline for filing the Reply Appendix with the Court's Pro Se Intake Unit. The links attached to her October 1, 2025 do not comply with the Pro Se Intake Unit's requirement for litigants to submit filings in PDF format.

DATED:  October 24, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| From: | Maggie Trzuskot |
| To: | Pro Se Filing; jalina.hudson@ag.ny.gov; Tarnofsky NYSD Chambers; Torres NYSD Chambers |
| Subject: | Fwd: |
| Date: | Thursday, October 23, 2025 1:12:39 PM |

**CAUTION - EXTERNAL:**

Proof of filing on Oct. 1, 2025 of the Appendix Record.
Thank you,
Magdalena Trzuskot

---------- Forwarded message ---------
From: **Maggie Trzuskot** <magtrzuskot@gmail.com>
Date: Wed, Oct 1, 2025 at 10:08 AM
Subject: Fwd:
To: <prose@nysd.uscourts.gov>


Hello:
I am the pro se Petitioner in this case:

**Case Name:**   Trzuskot v. The State of New York
**Case Number:** 1:24-cv-07110-AT-RFT

Please find attached the outstanding document that should be filed to this case. I have sent previous emails regarding this. This 1 document is divided into smaller files (total 6).

Please process this before the deadline of October 8, 2025.

If there are any questions, please let me know.

Thank you,
Magdalena (Maggie) Trzuskot

- Complete Criminal Appendix Record on Appeal i…
- Complete Criminal Appendix Record on Appeal i…
- Complete Criminal Appendix Record on Appeal i…
- Complete Criminal Appendix Record on Appeal i…
- Complete Criminal Appendix Record on Appeal i…
- Complete Criminal Appendix Record on Appeal i…

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.