UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA TRZUSKOT,

                Petitioner,

   -against-

THE STATE OF NEW YORK,

                Respondent.

24-CV-7110 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received undocketed communications from pro se Petitioner, which is attached as Exhibits A to C to this order.

DATED: November 4, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge