**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MAGDALENA TRZUSKOT,

                      Petitioner,                   24 **CIVIL** 7110 (AT)(RFT)

        -against-                              **JUDGMENT**

THE STATE OF NEW YORK,

                      Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2026, the Court adopts the Report & Recommendation in its entirety. The petition is DISMISSED without prejudice to filing a renewed petition once Petitioner has exhausted her state remedies, and the motion for a TRO is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       April 24, 2026

                                        **TAMMI M. HELLWIG**
                                   _____
                                        **Clerk of Court**

               **BY:** _____
                             **Deputy Clerk**